168 A.3d 1168

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAYFRY MATA, DEFENDANT–PETITIONER.

May 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001140–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1168

IN THE MATTER OF SHIPYARD ASSOCIATES LP WATERFRONT DEVELOPMENT PERMIT AND WATER QUALITY CERTIFICATE NO. 0905–07–0001.2 WFD 110001 (CITY OF HOBOKEN–PETITIONER)

May 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4873/5004–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.